**Richard O. OAKLEY et al., Appellants, v. PEERLESS WEATHERSTRIP & CAULKING CO., Inc.**

No. 9195.

Circuit Court of Appeals, Eighth Circuit.

March 15, 1932.

J. Henry Kinealy, of St. Louis, Mo., for appellants.

Charles M. Clarke and Bruce S. Elliott, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed, on motions of appellants and appellee.

---

**Abraham RING, Petitioner, v. Charles B. DAVIS, Judge, etc.**

No. 369.

Circuit Court of Appeals, Eighth Circuit.

March 11, 1932.

George T. Priest, of St. Louis, Mo., for petitioner.

Morton Jourdan, Fred L. English, and R. F. O'Bryen, all of St. Louis, Mo., for respondent.

PER CURIAM.

Motion for leave to file petition for writ of mandamus denied.

---

**John F. ROSIER and Jim E. Williams, Sr., Appellants, v. UNITED STATES of America, Appellee.**

No. 6332.

Circuit Court of Appeals, Fifth Circuit.

April 9, 1932.

W. K. Zewadski, Jr., and Wm. C. Pierce, both of Tampa, Fla., for appellants.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.